AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
U.S. District Court
District of Kansas

AUG 10 2017

Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

5 COMPUTERS: one desk top E-Machine and four laptops, Toshiba, Hewlit Packard, Asus, and Dell;
2 CELL PHONES: Samsung Galaxy S4 and S5.

Case No. 17-6113-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____ District of Kansas, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft or receipt of stolen mail. |
| 18 USC § 1028A | Aggravated identity theft. |
| 18 USC § 1028 | Fraud & related activity in connection with identification documents, authentication |

The application is based on these facts:
See attached, Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin Maxfield, TFO USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/10/2017

*Judge's signature*

City and state: Wichita, KS

Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

The following computers and cell phones, including any SIM card, removable memory card, and digital storage devices:

a. Toshiba model PSK2CUOHW01U laptop computer serial number 1B153023W

b. HP model HP350 laptop computer serial number CND7191HRZ

c. ASUS model S550CA laptop computer serial number D5NOCV77965122C

d. Dell Inspirion laptop computer serial number CN-OUW744-48643-6BL-1682

e. E-Machine model T6520 desk top computer serial number XRX5710000203

f. Blue Samsung Galaxy S4 cell phone serial number RV8F106CWDP

g. White Samsung Galaxy S5 cell phone serial number RV8F50D367W

## ATTACHMENT B

### Particular Things to be seized

All records and data on the devices described in Attachment A that relate to violations of Title 18 USC § 1028A, 18 USC § 1028, 18 USC § 1029, 18 USC § 1344, 18 USC § 1341, 18 USC § 1343, 18 USC § 1708, 18 USC § 473 including:

a. Data or content tending to show the user of the device;

b. Data or content relating to planning, coordinating, researching, or admitting involvement in the crime of mail theft, identity theft, bank fraud, access device fraud, mail fraud, wire fraud, and counterfeiting, including but not limited to identity profiles, personal information, text messages, email messages, instant messages, browser history, and mapping functions;

c. Data or content relating to showing or depicting fruits or instruments of the crime, including but not limited to, identity profiles, personal information, text messages, email messages, instant messages, image/video files, internet history, account or login information associated with Facebook or other social media mediums;

d. Data or content tending to show previous locations associated with the device, including GPS coordinates, map searches, reservations, receipts.

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | } |
| | } |
| FIVE COMPUTERS: | } |
| | } |
|    AN E-MACHINE DESK TOP,<br>   MODEL T6520,<br>   S/N: XRX5710000203; | } CASE NO:_____ |
| | } |
|    A GRAY TOSHIBA LAPTOP,<br>   MODEL PSK2CUOHW01U,<br>   S/N: 1B153023W; | } |
| | } |
|    A GRAY HEWLIT PACKARD LAPTOP,<br>   MODEL HP350,<br>   S/N: CND7191HRZ; | } |
| | } |
|    A BLACK ASUS LAPTOP,<br>   MODEL S550CA,<br>   S/N: D5NOCV77965122C; | } |
| | } |
|    A SILVER DELL LAPTOP,<br>   MODEL INSPIRON,<br>   S/N: CN-OUW744-48643-6BL-1682; | } |
| | } |
| TWO CELL PHONES: | } |
| | } |
|    BLUE SAMSUNG CELL PHONE,<br>   MODEL Galaxy S4<br>   S/N: RV8F106CWDP | } |
| | } |
|    WHITE SAMSUNG CELL PHONE,<br>   MODEL Galaxy S5<br>   S/N: RV8F50D367W | } |

**AFFIDAVIT**
**IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

Justin Maxfield, having been duly sworn, states the following:

1

1. I am a Deputy Sheriff with the Sedgwick County Sheriff's Office, and have been so employed as such since July, 2008. In total I have over 17 years of law enforcement experience. I am currently assigned to a Task Force with the Wichita Domicile of the United States Postal Inspection Service and have experience enforcing mail theft, identity theft, and bank fraud laws. This affidavit is based on my own personal knowledge and information given to me by Postal Inspectors and law enforcement personnel. This affidavit does not contain all the information which has been gathered regarding this investigation.

2. I received training from the United States Postal Inspectors regarding individuals stealing United States Mail, and passing altered, counterfeited and stolen checks. I received training from the Kansas Law Enforcement Training Center and the Wichita/Sedgwick County Law Enforcement Training Center regarding financial crimes including passing stolen, counterfeited, or altered checks.

3. While working with the Sedgwick County Sheriff's Office, the United States Postal Inspection Service Task Force, the Olathe Police Department, and the Reno County Sheriff's Office, I have participated in investigations, involving conspiracies to steal mail, in violation of Title 18 United States Code 1708- Mail Theft and Title 18 United States Code 1349- Conspiracy, and passing altered, stolen, or counterfeited checks, in violation of Title 18, United States Code, Section 1344 – Bank Fraud.

4. Based on my training and experience on the Task Force with the United States Postal Inspection Service, as a Sheriff's Deputy, and as an Officer with the Olathe Police Department, I have become familiar with the manner in which criminals communicate to further their criminal conspiracies to commit financial crimes. I have received training

for the investigation of conspirators working together to defraud banks by passing stolen, altered, and counterfeited checks. Through these investigations, my training, experience, and conversations with experienced agents, drug investigators, and law enforcement personnel, I have become familiar with the methods employed by conspirators committing financial crimes in general, including the use of wireless communications technology such as cellular telephones, and the use of false or fictitious identities and coded communications in an attempt to avoid detection by law enforcement and to circumvent investigations.

5. Based on my training and experience on the Task Force with the United States Postal Inspection Service, as a Sheriff's Deputy, and as an Officer with the Olathe Police Department, I have become familiar with the manner in which criminals save, alter, and print documents using computers. This includes driver's licenses, checks, and other items used for identity theft, bank fraud, and other crimes. I am aware that they will intentionally, and unintentionally, store information on these computers

### PURPOSE OF AFFIDAVIT

1. I submit this Affidavit in support of application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search and seize data and records from the following computers and digital storage devices:

    a. Toshiba model PSK2CUOHW01U laptop computer serial number 1B153023W

    b. HP model HP350 laptop computer serial number CND7191HRZ

    c. ASUS model S550CA laptop computer serial number D5NOCV77965122C

3

    d.  Dell Inspirion laptop computer serial number CN-OUW744-48643-6BL-1682

    e.  E-Machine model T6520 desk top computer serial number XRX5710000203

    f.  Blue Samsung Galaxy S4 cell phone serial number RV8F106CWDP

    g.  White Samsung Galaxy S5 cell phone serial number RV8F50D367W

2. Individuals who engage in conspiracies to steal mail, commit identity theft, and commit bank fraud commonly use computers and communication devices to maintain addresses, telephone numbers, bank account information, including deposit amounts, names, directions, instructions, travel, time and route navigation information, and other information specific to their criminal activities involving bank fraud.  In addition to continuing their illegal activities, these individuals utilize computer and communications systems to maintain contact with their criminal associates, to access the internet and transact banking and other financial business over the internet and keep records of these transactions on the computer memories. Oftentimes travel, transportation, and transaction instructions are sent and received via text message, e-mail or instant messages that are stored on the digital memories of the various devices.  Internet e-mail providers require little or no personal information to activate e-mail accounts used to give directions and to report progress in furtherance of the illegal activities. These e-mail messages are stored on the memories of the computers and cellular telephones. Memory in computers and cellular telephones includes internal memory, and memory storage on removable devices such as USB digital storage devices, SIM cards, and SD cards.  In addition, some devices have built in electronic digital cameras and digital video capabilities.  Individuals who deal in stolen or counterfeited checks often take, or cause to be taken, photographs of themselves, their associates, their properties, and their illegal

products and merchandise. Lastly, I know that electronic devices can store information for long periods of time, and even if records are deleted that many times through the use of forensic tools the records can be retrieved.

3. Searching for the evidence described may require a range of data analysis techniques. In some cases, agents and computer analysts may be able to conduct carefully targeted searches that can locate evidence without requiring a time-consuming manual search through unrelated materials that may be commingled with criminal evidence. In other cases, however, such techniques may not yield the evidence described in the warrant. Criminals can mislabel or hide information, encode communications to avoid using key words, attempt to delete information to evade detection, or take other steps designed to frustrate law enforcement searches for information. These steps may require law enforcement officers or other analysts with appropriate expertise to conduct more extensive searches, such as scanning storage areas unrelated to things described in the Attachments, or perusing all stored information briefly to determine whether it falls within the scope of the warrant. In light of these difficulties, we intend to use whatever data analysis techniques necessary to locate and retrieve the evidence sought.

## PROBABLE CAUSE

1) On August 21st, 2014 Officers of the Wichita Police Department South Bureau Special Community Action Team (SCAT) executed a search warrant at 1901 South Topeka, Wichita, Kansas for sale of methamphetamine. Officer R. THATCHER had obtained the search warrant based on an ongoing investigation he was conducting.

2) Upon entering and securing the residence the SCAT Officers located and detained DANIEL LAYTHAM SENIOR, DANIEL LAYTHAM JUNIOR, and DESIREE GRUBE. In addition to approximately one gram of methamphetamine and paraphernalia located on LAYTHAM Senior's person there was also approximately three to four grams of methamphetamine and paraphernalia located in the master bedroom where GRUBE was taken into custody.

3) When LAYTHAM JUNIOR was taken into custody he was found to be in possession of a fraudulent Kansas driver's license with his picture and another person's information on it. There was a second fraudulent Kansas driver's license located in the master bedroom with LAYTHAM JUNIOR's picture and yet another person's information on it.

4) In a post Miranda interview with GRUBE, conducted by Officer J. RAPP, she admitted that there were methamphetamine sales that occurred in the residence at 1901 South Topeka. When asked about various checkbooks, printers, and a laminator located in the bedroom where GRUBE was taken into custody she advised that she believed LAYTHAM JUNIOR had obtained it in preparation for committing financial crimes with the checkbooks located inside the residence.

5) In addition to the two fraudulent Kansas driver's licenses bearing LAYTHAM JUNIOR's picture and other individuals information there were numerous blank checks, completed checks, copies of checks, checkbooks, mail, identifications and social security cards, copies of identifications and social security cards, birth certificates, and hand written identity profiles of personal information belonging to third parties not present at the scene during the search.

6) Officers also located a Toshiba, ASUS, Dell, and HP laptop computers, E-Machine desktop computer, Blue Samsung Galaxy S4 cell phone, and a White Samsung Galaxy S5 cell phone during a search of the residence. Based upon my training and experience, I know computers and cellphones are commonly used to manufacture or store images of counterfeit ID's and counterfeit checks, for the purpose of committing bank fraud and identity theft.

7) On February 27, 2015 GRUBE was arrested and transported to the Wichita Police

    Department Investigations Section where she participated in a post-Miranda interview with Postal Inspector Andrew Kearney. During the interview she told Inspector Kearney that she had personal knowledge that LAYTHAM JUNIOR and another man, SHANE GRIFFIN, were heavily involved in credit card fraud. She said that they purchased credit card numbers online. According to GRUBE they would use ICQ messenger and shop for credit card "dumps". "Dumps" are a term referring to large volumes of numbers and data. An internet search of ICQ messenger revealed that it is an internet chat forum. GRUBE did confirm that a FedEx shipment of credit cards arrived at 1901 S Topeka from a foreign country.

8) On July 13, 2017 Postal Inspectors and Task Force members obtained the evidence from the August 21st, 2014 search warrant conducted at 1901 S Topeka. In processing and cataloging the evidence there were three fraudulent Kansas driver's licenses with accurate personal information for ANDREW BAKER and LAYTHAM JUNIOR'S picture. Two of the fraudulent licenses were completed and one was printed on photo paper but not yet affixed to an identification backer.

9) In addition to the fraudulent BAKER licenses there were altered checks belonging to JOELLE LEHMAN from COMMUNITY BANK OF THE MIDWEST where the name ANDREW BAKER had been added. It was apparent that the name was added because on check 1024 ANDREW BAKER had been accidentally printed three times across the top of the check as though the printer had been set to fill in labels.

10) Among the electronic items seized there was a Canon Selphy CP720 photo printer and photo paper. The incomplete BAKER fraudulent license with LAYTHAM JUNIOR'S picture was on photo paper the appeared to match the photo paper for the Canon Selphy CP720 that took approximately 5" x 7" photo paper.

11) A printed roster of 167 employees information from ALFRED'S SUPERIOR TREE SERVICE was also located containing names, dates of birth, social security numbers, addresses, and driver's license numbers. The rows of personal information had been color coded using a black marker and an orange highlighter as though someone had been sorting and processing the information.

12) Inspector JOSHUA HIGHFILL made contact with the owner of ALFRED'S SUPERIOR TREE SERVICE who stated that the list had been stolen from his business and confirmed that some employees on the list had been the victims of identity theft crimes.

13) I believe that the Toshiba, ASUS, Dell, and HP laptop computers, E-Machine desktop computer, Blue Samsung cell phone, White Samsung cell phone, and SD storage device contain valuable information directly, related to the theft of mail, manufacturing of counterfeit identity documents, manufacturing of counterfeit checks, purchasing counterfeit credit or debit cards, and the passing of stolen, altered, and counterfeit checks in the District of Kansas, and could assist investigators in identifying criminals associated and involved in the aforementioned conspiracy. Accordingly, I respectfully request that this Honorable Court issue a warrant allowing the search of these devices.

Further, your affiant saith not.

_____
Justin Maxfield
Sedgwick County Deputy Sheriff and
USPIS Task Force Officer

SUBSCRIBED TO AND SWORN before me this 10th day of August, 2017.

_____
Honorable Gwynne E. Birzer
United States Magistrate Judge